IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK EUGENE BENTON,<br><br>Defendant. | CR 21-32-BLG-SPW<br><br>ORDER |

Upon the request of the U.S. Marshals Service,

IT IS HEREBY ORDERED that the change of plea hearing set for Tuesday, November 23, 2021 at 10:30 a.m. is **VACATED** and **RESET** for **Tuesday, November 23, 2021 at 3:30 p.m., changing the time of the hearing only.**

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 15th day of November, 2021.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1